IN THE UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

FOR THE EASTERN DISTRICT OF LOUISIANA

1999 DEC 27 P 12: 43

LORETTA G. WHYTE
CLERK

NEW ORLEANS DIVISION

RONALD CHISOM, et al.,
      Plaintiffs,

UNITED STATES OF AMERICA,

      Plaintiff-intervenor,

          v.

                                  CIVIL ACTION NO.
                                  86-4075

EDWIN W. EDWARDS, et al.,

      Defendants,                          Section A

PASCAL F. CALOGERO, JR., et al.

      Intervenors.

### JOINT MOTION TO AMEND
### CONSENT JUDGMENT

      NOW INTO COURT, through undersigned counsel, come RONALD CHISOM,

et al., Plaintiffs, the UNITED STATES OF AMERICA, Plaintiff-intervenor, M.J.

"MIKE" FOSTER, JR., Governor of the State of Louisiana, et.al., Defendants

[substituted for former Governor, Edwin W. Edwards], and PASCAL F. CALOGERO,

JR., et al, Intervenors, who move this Court for an Order to Amend the Consent Judgment

of August 21, 1992, as follows:

JAN - 3 2000

DATE OF ENTRY

1.

On August 21, 1992, the parties to this matter effected a settlement of the issues

raised by the complaint and consented to the entry of a Consent Judgment in Civil Action

No. 86-4075, *Chisom, et al. v. Edwards, et al.* [Exhibit A].

2.

Paragraph (C)(8) of the Consent Judgment reads:

> 8. Legislation will be enacted in the 1998 regular session of the
> Louisiana Legislature which provides for the reapportionment of the seven
> districts of the Louisiana Supreme Court in a manner that complies with
> the applicable federal voting law, taking into account the most recent
> census data available. The reapportionment will provide for a single-
> member district that is majority black in voting age population that
> includes Orleans Parish in its entirety. The reapportionment shall be
> effective on January 1, 2000, and future Supreme Court elections after the
> effective date shall take place in the newly reapportioned districts.

3.

Amendment of LSA-Const. Art. III, § 2 (1974), providing for regular sessions

convening in even-numbered years to be restricted to the consideration of legislation

which provides for fiscal matters, forced the legislature to reapportion the Louisiana

Supreme Court in 1997, rather than 1998.

4.

Louisiana Acts 1997, No. 776 amends R.S. 13:101, 101.1 and 312.4(D), to

redistrict the Supreme Court. [Exhibit B]. Section 4 provides for the act to become

effective on January 1, 1999. Orleans Parish was split between District 1 and District 7 in

Act 776 (1997), which is not in strict conformity with the Consent Judgment, but which

meets the intent of all parties to this litigation for final resolution of the matter.

5.

The Louisiana Attorney General's office, on behalf of the State, submitted Act 776 (1997) to the United States Attorney General for approval under Section 5 of the Voting Rights Act.  This approval, dated October 17, 1997, was conditioned upon the modification of the Consent Judgment. [Exhibit C].

6.

All parties to this matter agree to modify the Consent Judgment so that it reflects the intent of the parties to accept Act 776 (1997) as an addendum to the Consent Judgment, and present an Order for the court's approval.

WHEREFORE, on joint motion herein, all parties pray for an Order allowing the Consent Judgment of August 21, 1992 to be amended to adopt Act 776 (1997) as an addendum to the Consent Judgment, and for the court's approval of same.

Respectfully submitted:

RICHARD P. IEYOUB
ATTORNEY GENERAL

ROY A. MONGRUE, JR., 9549
ANGIE ROGERS LAPLACE, 19669
Assistant Attorneys General
P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 342-1111
Fax:  (225) 342-2090

3

William P. Quigley
Loyola University School of Law
7214 St. Charles Avenue
New Orleans, LA 70118
(504) 861-5590

Elaine R. Jones
Director-Counsel

Norman J. Chachkin
Charles Stephen Ralston
Victor A. Bolden
Jacqueline A. Berrien
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street
Suite 1600
New York, New York 10013
(212) 219-1900

Ronald L. Wilson
837 Gravier Street
New Orleans, LA 70113
(504) 586-1241

Attorneys for Ronald Chisom et al.

_Robert A. Kengle_

Anita Hodgkiss
Deputy Assistant Attorney General
Joseph D. Rich
ROBERT A. KENGLE
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
P. O. Box 66128
Washington, D.C.  20035-6128
(202) 514-6196

*Counsel for Plaintiff-Intervenor-Appellant*
*United States of America*

M. J. "MIKE" FOSTER, JR.
Governor of Louisiana
P. O. Box 94004
Baton Rouge, Louisiana 70804-9004
(225) 342-0955

CHENEY C. JOSEPH, JR.
Executive Counsel
Honorable M. J. "Mike" Foster, Jr.
Governor of Louisiana
Office of the Governor
P. O. Box 94004
Baton Rouge, LA 70804-9004
(225) 342-0955

ALLEN KANER
Allan Kaner & Associates
701 Camp Street
New Orleans, LA 70163
(504) 582-2320

*Counsel for Intervenor*
*Honorable Pascal F. Calogero, Jr.*
*Chief Justice, Supreme Court of Louisiana*

5

PETER J. BUTLER, SR.
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
(504) 584-5454
*Counsel for Intervenor*
*Honorable Walter F. Marcus*
*Associate Justice, Supreme Court of Louisiana*

W. FOX MCKEITHEN
in his Ministerial Capacity as
Secretary of State

JERRY M. FOWLER
in his Ministerial Capacity as
Commissioner of Elections

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

RONALD CHISOM, et al.,
              Plaintiffs,

UNITED STATES OF AMERICA,

        Plaintiff-intervenor,

             v.                     CIVIL ACTION NO.
                                   86-4075

EDWIN W. EDWARDS, et al.,

        Defendants,                 Section A

PASCAL F. CALOGERO, JR., et al.

        Intervenors.

## **ORDER**

      Considering the consent of all parties herein to amend the Consent Judgment of August 21, 1992 to reflect the intent of the parties to accept Louisiana Acts 1997, No. 776 as compliance with the mandates of said consent judgment;

      IT IS HEREBY ORDERED that Louisiana Acts 1997, No. 776 be and is hereby added as an addendum to the Consent Judgment in Civil Action No. 86-4075, *Chisom, et al. v. Edwards, et al.*

      Thus approved this _3rd_ day of _January_ _2000_.

                                   _____
                                UNITED STATES DISTRICT JUDGE