| OFFICE | DOCKET NUMBER | FILING DATE | | | | STAT. CODE | | | DEMAND Nearest $1,000 | JUDGE/ MAG. ID | COUNTY | JURY DEM. | YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 053L | 2 86 4075 | 09 19 86 | | 3 | 441 | 1 | | 1 | | J 3L16 M 3LBG | 22071 | | 86 | 4075 |

## PLAINTIFFS

RONALD CHISOM

MARIE BOOKMAN

WALTER WILLARD

MARC MORIAL

LOUISIANA VOTER REGISTRATION/ EDUCATION CRUSADE

HENRY A. DILLON, III

INTERVENTION 8-8-88

UNITED STATES OF AMERICA

## 86-4075
## A 6

**CLASS ACTION**

ALL DISCOVERY TO BE HEARD BEFORE JUDGE SCHWARTZ

## DEFENDANTS

EDWIN EDWARDS, in his capacity as Governor of the State of Louisiana

JAMES H. BROWN, in his capacity as Secretary of the State of Louisiana

JERRY M. FOWLER, in his capacity as Commissioner of Elections of the State of Louisiana

AMENDED COMPLT 9-30-86

No New Parties Added

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC 1973, 1983; 28 USC 1331, 1343: VOTING RIGHTS VIOLATIONS

---

**ATTORNEYS**

William P. Quigley, Esq. # 7769
901 Convention Center
Fulton Place, Suite 119
New Orleans, LA 70130
(504) 524-0016
For: Plaintiffs

Ron Wilson, Esq. #13575
Richards Building
Suite 310
837 Gravier Street
New Orleans, LA 70112
(504) 525-4361
For: Plaintiffs

Roy Rodney, Esq. #2079
643 Magazine St.
New Orleans, LA 70130
(504) 586-1200
For: Plaintiffs

#86400000
C. Lani Guinier, Esq. / Pamela S. Karlan, Esq.
99 Hudson Street, 16th Fl.
New York, New York 10013  (212) 219-1900
For: Plaintiffs

Kendall Vick, Esq. #13063
Eavelyn T. Brooks #8193
Asst. Atty. General
La. Dept. of Justice
234 Loyola Ave., Suite 700
New Orleans, LA 70112-2096
(504) 568-5575
For: Secretary of State

SPECIAL ASSISTANT ATTORNEY GENERALS
#13676
M. Truman Woodward, Jr., Esq.
909 Poydras Street, Suite 2300
New Orleans, LA 70130
(504) 569-7100

Blake G. Arata #2500
210 St. Charles Avenue
Suite 4000
New Orleans, LA 70170
582-1111

A. R. Christovich #4114
1900 American Bank Bldg.
New Orleans, LA 70130
561-5700

Moise W. Dennery #4873
21st Floor Pan American Life Center
601 Poydras St.
New Orleans, LA 70130  586-1241

**ADD. ATTYS CONT.**

9-25-89 Quigley 105.00 appeal

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 5/7/87 | 41603 Quigley Pd Appeal | 105.00 | JS-5 | |
| | 6/23/87 | 43999 Quigley Pd Appeal | 105.00 | JS-6 | |
| | 9-13-88 | State of LA $105. Appeal | | | |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev. 9/81)


CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 86-4075 A |
|---|---|---|
| RONALD CHISOM | EDWIN EDWARDS, ET AL. | PAGE i OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

Bob Pugh, Esq.
333 Texas St., Suite 2100
Shreveport, LA 71101-5302
(318) 227-2270
For: State of Louisiana

SESSIONS, FISHMAN, BOISFONTAINE,
NATHAN, WINN, BUTLER & BARKLEY
Peter J. Butler, Esq. # 3731
201 St. Charles, 36th Fl.
New Orleans, LA 70170
(504)
For: Walter F. Marcus, Jr.

Ira J. Rosenzweig, Esq. #17123
400 Poydras Street
Texaco Center, 30th Fl.
New Orleans, LA 70130

For: John A. Dixon, Jr.

Charles A. Kronlage, Jr., Esq.
717 St. Charles Avenue
New Orleans, LA 70130        1-26-89
(504) 581-2400
For: Pascal F. Calogero, Jr.

Wm. Bradford Reynolds, Asst. Atty. Gen.
Gerald W. Jones, Esq. # 177700000
Steven H. Rosenbaum, Esq. # 177800000
Robert S. Berman, Esq. # 177900000
Attys., Voting Section
Civil Rights Div.
Dept. of Justice
P. O. Box 66128
Washington, DC 20035-6128
(202) 724-3100
For: United States of America

LEBLANC, STRICKLER & WOOLHANDLER
George M. Strickler, T.A. #12536
639 Loyola Ave., Suite 1075
New Orleans, LA 70113
(504) 581-4346
For: Pascal F. Calogero, Jr.

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/19/86 | 1 | Complt., 3 summs issd. |
| 9-23-86 | 2 | Pltfs' req for convening a 3 judge court declines to enter an ex parte order & will hold a hrg on 10-15-86 at 2:30 p.m. & parties are directed to file memo by 10-10-86 (CSJr) dktd 9-24-86. |
| 9-24-86 | 3 | Ret on S & C to James H. Brown, Jerry M. Fowler & Edwin Edwards svd 9-24-86. |
| 9-30-86 | 4 | Pltf's amended complt. |
| 9-30-86 | 5 | Pltf's ntc of amended complt. |
| 10-7-86 | 6 | Mtn of Sect. of State & ORDER that hrg be CONT to 11-12-86 at 10:00 a.m. w/memos due by 11-5-86 at 2:30 p.m. (CSJr) 10-9-86 dktd 10-14-86. |
| 10-24-86 | 7 | Mtn of defts & ORDER that ext of time to 11/13/86 to answer is GRANTED. (CSJr) 10-27-86 dktd 10-29-86. |
| 11-4-86 | 8 | Pltfs' memo in re need for 3-judge court. |
| 11/5/86 | 9 | Memo of Sect. of State in opp to pltfs' req for district dourt of 3 judges. |
| 11-12-86 | 10 | Hrg to determine if case will be 3 judge court - case will be tried as one court case. (CSJr) dktd 11-14-86. |
| 12-2-86 | 11 | Ntc of call dkt set for 12-10-86 at 9:45 a.m. bfr Judge. (CLERK) dktd 12-3-86. |
| 12-9-86 | 12 | Letter from Eavelyn T. Brooks to Judge dated 12-5-86 in re call dkt. |
| 12-18-86 | 13 | Pltf's mtn & ORDER that Roy Rodney & C. Lani Guinier be entered as additional counsel. (CSJr) 12-20-86 dktd 12-22-86. |
| 1-20-87 | 14 | Ntc of call dkt set for 2-11-87 @ 9:45 a.m. before Judge. (Clerk) dktd 1-20-87. |
| 1-28-87 | 15 | Ntc of call dkt set for 2-11-87 is RESET to 2-25-87 at 9:45 a.m. before Judge. (CLERK) dktd 1-29-87. |
| 2/4/87 | 16 | M.E.(2/4/87) ORDERED that status conf be held 2/18/87 at 5:15 pm. (CSjr) dktd 2-4-87. |
| 2/4/87 | 17 | Letter from William Quigley to Ms Nelson in re: conversation on 1/23/87. |
| 3/18/87 | 18 | Mtn of defts to dismiss for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6); hrg set 4/15/87 at 10:00 a.m. bfr Judge. |
| 4/6/87 | 19 | Pltfs' memo in oppos to defts' mtn to dismiss. |
| 4/13/87 | 20 | Repy Memo by defts to pltfs' opp. |
| 4/10/87 | 21 | Pltf's mtn & ORDERED that Pamela S. Karlan be entered as counsel of record for pltf (CSJr) 4/13/87 dktd 4/15/87. |
| 5/1/87 | 22 | OPINION that defts' mtn to dismiss for failure to state a claim upon which relief can be granted is GRANTED;unless pltfs' complt is amended w/in 10 days of entry of this opinion clerk of Court is directed to enter judg dismissing pltfs' claim at their costs (CSjr) 5/1/87 dktd 5/1/87. |
| 5/7/87 | 23 | Pltf's NOTICE OF APPEAL to 5th Circuit from judg of 5/1/87 granting deft's mtn to dismiss. |
| 5/8/87 | xx | Notice of Appeal forwarded to all parties. (dlm) |

CONT

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONALD CHISSOM, ET AL | EDWIN EDWARDS, ET AL | DOCKET NO. 86-4075 A |
| | | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/26/87 | 24 | Entry of dismissal of appeal on 5/22/87 from the 5th Circuit (GANUCHEAU). |
| 6-8-87 | 25 | JUDGMENT is ORDERED in favor of defts & agst pltfs, dismissing pltfs' complt w/prej, pltfs to bear all costs. (CLERK - approved CSJr) 6-8-87 dktd 6-8-87. |
| | | CLOSED CASE |
| 6-17-87 | 26 | Pltfs' ntc of appeal from judg of 6-8-87. |
| 6-19-87 | XX | Ntc of Appeal forwarded to all parties. (JMD) |
| 6/24/87 | XX | Record forwarded to Court of Appeals (pal) |
| 7-10-87 | 27 | ORDER from 5th Circuit - At req of U.S.D.C., case is REMANDED to court for ltd purpose of allowing U.S.D.C. to amend opinion of 5-1-87. (Thomas M. Reavley) |
| 7-10-87 | 28 | Order amending opinion of May 7, 1987. |
| 7/10/87 | xx | Doc #27 & 28 forwarded to Court of Appeals as Suppl Record. (dlm) |
| 5-11-88 | 29 | Ntc by William P. Quigley of change of firm address. |
| 5-31-88 | XX | Record returned from Ct of Appeals. (JMD) |
| 5-31-88 | 30 | JUDGMENT FROM 5TH CIRCUIT - ORDERED that judg of D.C. is REVERSED & case is REMANDED to D.C. for further proceedings. (Brown, Johnson & Higginbotham) Issd as mandate 5-27-88. REOPENED |
| 6-1-88 | 31 | M.E. 6-1-88: ORDERED that stat conf is set for 6-7-88 at 5:00 p.m. in chambers. (CSjr) dktd 6-1-88. |
| 6-7-88 | 32 | Mtn of Walter F. Marcus, Jr. & ORDER that leave to appear as amicus curiae is GRANTED. (CSjr) dktd 6-8-88. |
| 6-15-88 | 33 | Pltfs' mtn for a prelim injunction. Hrg set 6-29-88 at 4:30pm bfr judge. |
| 6-20-88 | 34 | M.E. 6-20-88: Pltfs' mtn for prel injunction is set for hrg on 6-29-88 at 4:30p.m. ORDERED That opp memos due by 6-24-88. List of persons to be called at hrg due by 6-21-88. (CSjr) dktd 6-20-88. |
| 6-17-88 | 33a | Mtn of John A. Dixon, Jr. & ORDER that Leave to file amicus curiae brief is GRANTED. (CSjr) 6-20-88 dktd 6-21-88. |
| 6-21-88 | 35 | Amicus Curiae Brief of John A. Dixon, Jr. |
| 6-23-88 | 36 | M.E.6-22-88: Court AMENDS M.E. of 6-20-88 & ORDERS that by 6-28-88 at noon, ea pty file & make service a list of persons whom pty intends to call at hrg. Court EXTS deadline to file opps from 6-24-88 to 6-27-88 at noon. (CSjr) dktd 6-23-88. |

OVER

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-27-88 | 37 | Opp by defts to pltfs' mtn for prel injunction. |
| 6-27-88 | 38 | Mtn of Pascal F. Calogero, Jr. & ORDER that leave to file amicus curiae brief is GRANTED. (CSjr) dktd 6-27-88. |
| 6-27-88 | 39 | Amicus Curiae brief of Pascal F. Calogero, Jr. |
| 6-28-88 | 40 | Pltfs' reply memo. |
| 6-29-88 | 41 | Pltf's mtn for prel inj - SUBMITTED. (CSjr) dktd 6-30-88. |
| 7-5-88 | 42 | M.E. 7-5-88: Clerk is directed to file affidavit of Silas Lee III as exhibit to pltfs' mtn for prel injunction. (CSjr) dktd 7-5-88. |
| 7-7-88 | 43 | OPINION - Pltf's mtn for prel injunction is GRANTED. (CSjr) dktd 7-7-88. |
| 7-7-88 | 44 | ORDERED that pending final decision & entry of future order setting elections for Supreme Court justiceships, defts are enjoined & prohibited from conducting any primary or general elections to fille position of Supreme Court Justice from 1st Supreme Court District. (CSjr) dktd 7-7-88. |
| 7-11-88 | 45 | M.E. 7-11-88: Stat conf held 6-7-88: ORDERED that TRIAL IS SET FOR 10-19-88 at 9:00 A.M. FINAL PTC SET FOR 10-7-88 at 3:30 p.m. Amends due by 8-6-88. All pre-trial mtns shall be heard by 9-16-88. Disc due by 9-30-88. Witnesses lists due by 8-31-88. Pltfs' expert reports due by 8-16-88; deft's by 9-16-88. (CSjr) dktd 7-11-88. |
| 7-13-88 | 46 | M.E. 7-13-88: ORDERED that defts' mtn for stay of order of injunctive relief pending appeal is DENIED. (CSjr) dktd 7-13-88. |
| 7-13-88 | 47 | Mtn of defts for stay of order of injunctive relief pending appeal & UNSIGNED ORDER. |
| 7-13-88 | 48 | Notice of appeal by defts from order entered on 7-7-88. |
| 7-14-88 | XX | Ntc of Appeal forwarded to all parties. (jmd) |
| 7/21/88 | xx | Record forwarded to Court of Appeals (dlm) |
| 7-22-88 | 49 | ORDER FROM 5TH CIRCUIT - ORDERED that appellant's mtn for stay pending appeal is held under submission. ORDERED that appellants' mtn for exped hrg is GRANTED & will be heard during week of 8-1-88. (Johnson, Garwood & Jolly) |
| 7-27-88 | 50 | ORDER FROM 5TH CIRCUIT - ORDERED that appellants' mtn for stay pending appeal is GRANTED & ORDERED that prel inj is stayed insofar as it may prohibit actions to be taken during qualifying period for election.(Johnson, Garwood & Jolly) |

CONTINUED



CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONALD CHISOM, ET AL. | EDWIN EDWARDS, ET AL. | DOCKET NO. 86-4075 A<br>PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-28-88 | 51 | ORDERED that Court AMENDS & SUPERSEDES orig opinion w/amended & superseding opinion which reflects changes. (CSjr) dktd 7-28-88. |
| 7-28-88 | 52 | AMENDING & SUPERSEDING OPINION - Pltf's mtn for prel injunction is GRANTED. (CSjr) dktd 7-28-88. |
| 7/28/88 | xx | Doc #49 thru 52 forwarded to Court of Appeals. (dlm) |
| 7-29-88 | 53 | Transcript of hrg on pltfs' mtn for prel inj on 6-29-88 bfr Judge. |
| 7/29/88 | xx | Doc #53 forwarded to Court of Appeals. (dlm) |
| 7-29-88 | 54 | ORDER FROM 5TH CIRCUIT - ORDERED that req by D.C. to amend opinion entered 7-7-88 is GRANTED. (Clark, Garza & Politz) |
| 8-1-88 | 55 | Transcript order from by defts of proceedings held 6-29-88. |
| 8-5-88 | 56 | M.E. 8-5-88: Stat conf held. ORDERED that M.E. of 7-11-88 is AMENDED. TRIAL is set for 9-14-88 at 9:00 a.m. FINAL PTC set for 9-9-88 at 3:30 p.m. Pre-trial mtns to be heard by 8-31-88. Expert reports & disc to be completed by 9-2-88. Mtns for summ judg filed by 8-16-88 will be heard on 8-31-88 w/opps due by 8-23-88. (CSjr) dktd 8/5/88. |
| 8-5-88 | 57 | Mtn of U.S.A. to intervene & UNSIGNED ORDER. |
| 8-8-88 | 58 | M.E. 8-8-88: Mtn of U.S.A. to intervene is GRANTED. (CSjr) dktd 8-9-88. |
| 8-8-88 | 59 | INTERVENTION OF U.S.A. |
| 8-15-88 | 60 | ANSWER of defts to pltfs' complt. |
| 8-16-88 | 61 | Pltfs' statement pursuant to Court's Rule 3.9. |
| 8-16-88 | 62 | Pltfs' mtn for summ judg; hrg set for 8-31-88 at 10:00 a.m. bfr Judge. |
| 8-16-88 | 63 | Pltfs' brief in support of mtn for summ judg. |
| 8-22-88 | 64 | OPINION FROM 5th CIRCUIT - Prel injunction is vacated & ORDERED that election may proceed. (CLARK, GARZA & POLITZ) |
| 8-22-88 | 65 | Mtn of defts & ORDER that ext to file response to pltfs' mtn for summ judg is ext until 8-26-88. (CSjr) dktd 8-23-88. |
| 8-23-88 | 66 | Pltfs' mtn & ORDER That leave to file suppl affidavit is GRANTED. (CSjr) dktd 8-24-88. |
| 8-24-88 | 67 | Pltfs' suppl affidavit of Dr. Richard L. Engstrom. |
| 8-26-88 | 68 | Opp by defts to pltfs' mtn for summ judg. |

OVER

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| | | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9-2-88 | 69 | M.E. 9-1-88: Hrg held on 8-31-88 on pltf's mtn for summ judg - DENIED. TRIAL set for 12-14-88 at 9:00 a.m. **FINAL PTC SET FOR 12-7-88 at 3:30 p.m.** Pltfs & U.S.A. to deliver copies of expert reports by 11-1-88. Defts to deliver theirs by 11-21-88. Disc due by 12-2-88. ALL DISC TO BE HEARD BY JUDGE. (AGD) dktd 9-2-88. |
| 8-26-88 | 68a | Mtn of defts for exped hrg on mtn to strike & UNSIGNED ORDER. |
| 9-29-88 | 70 | Mtn of defts to strike. |
| 11/21/88 | X | Letter to Clerk from 5th Circuit dated 11/18/88 in re Supreme Court's denial of writ of cert. |
| 11/22/88 | 71 | M.E. 11/21/88: ORDERED that PTC set for 12/7/88 & trial set for 12/14/88 are CONT to be reset. Stat conf is set for 2/1/89 at 3:30 p.m. Disc stayed until 12/19/88. (CSjr) dktd 11/22/88. |
| 11/22/88 | 72 | Mtn of Pascal Calogero, Jr. to intervene; hrg set for 12/21/88 at 10:00 a.m. bfr Judge. |
| 12/13/88 | 73 | Response by U.S.A. to mtn for leave to intervene. |
| 12/19/88 | 74 | M.E. 12/19/88: ORDERED that mtn of Calogero to intervene set for 12/21/88 is taken under submission w/o oral argument. (CSjr) dktd 12/19/88. |
| 12/20/88 | 75 | Mtn of U.S.A. to lift stay of disc; hrg set for 1/4/89 at 10:00 a.m. bfr Judge. |
| 1/3/89 | 76 | Response by Charles Roemer to mtn to lift stay of disc. |
| 1/3/89 | 77 | M.E. 1/3/89: ORDERED that mtn of U.S.A. to lift stay of disc is GRANTED as UNOPPOSED. (CSjr) dktd 1/3/89. |
| 1/5/89 | 78 | M.E. 1/5/89: Mtn of Pascal F. Calogero, Jr. to intervene is GRANTED. (CSjr) dktd 1/5/89. |
| 1/5/89 | 79 | M.E. 1/5/89: ORDERED that M.E. of 1/3/89 is set aside & mtn to lift stay is set for discussion at stat conf on 1/11/89 at 4:30 p.m. Ptys to meet & confect disc plan due by noon 1/11/89. (CSjr) dktd 1/5/89. |
| 1/11/89 | 80 | M.E. 1/10/89: ORDERED that mtn to lift stay of disc is GRANTED as stip. Stat conf set for 2/1/89 at 3:30 p.m. in chambers. Witness lists due 2/22/89. Disc cut off is 3/10/89. FINAL PTC SET FOR 4/10/89 at 5:00 p.m. (CSjr) dktd 1/11/89. |
| 1/11/89 | 81 | Joint report to court setting schedule for completion of disc & pretrial proceedings. |
| 1/26/89 | 82 | Mtn of Pascal Calogero, Jr. & ORDER that Charles Kronlage, Jr. be removed & George Strickler, Jr. be enrolled as counsel. (CSjr) dktd 1/27/89. |
| 1/30/89 | xx | Record returned from Court of Appeals. (dlm) |

CONTINUED



CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 86-4075 A |
|---|---|---|
| RONALD CHISOM, ET AL. | EDWIN EDWARDS, ET AL. | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/2/89 | 83 | M.E. 2/1/89: Stat conf held. ORDERED that PTC is set for 3/29/89 at 3:30 p.m. TRIAL SET FOR 4/5/89 at 9:00 a.m. w/o jury. PTC set for 4/10/89 is CANCELLED. (CSjr) dktd 2/2/89. |
| 2/2/89 | 84 | M.E. 2/1/89: Non Jury trial preparation order. (CSJr) dktd 2/2/89. |
| 2/22/89 | 85 | Witness designation by defts. |
| 2/22/89 | 86 | Witness list of U.S.A. |
| 2/22/89 | 87 | Pltfs' witness list. |
| 2/28/89 | 88 | Mtn of Walter F. Marcus, Jr. & ORDER that leave to intervene is GRANTED. (CSjr) 3/1/89 dktd 3/2/89. |
| 3/8/89 | 89 | Suppl list by USA of potential witnesses. |
| 3/23/89 | 90 | Pltf's req for subps; 6 issd. |
| 3/29/89 | 91 | Rtn on subp to R. Ortique, M. Morial, E. Lombard, M. Zeno, C. Floyd; svd 3/28/89. |
| 3/30/89 | 92 | PRE-TRIAL ORDER, PTC held 3/29/89. (CSjr) 3/29/89 dktd 3/30/89. |
| 3/30/89 | 93 | M.E. 3/29/89: NON JURY TRIAL PREP ORDER.(CSjr) dktd 3/31/89. |
| 3/31/89 | 94 | Ret on subp to anderson Counsel svd 3/30/89. |
| 4/3/89 | 95 | Pre-trial memo of U.S.A. |
| 4/3/89 | 96 | Proposed findings of fact & conclusions of law of U.S.A. |
| 4/3/89 | 97 | Pre-trial Memo by defts. |
| 4/3/89 | 98 | Proposed findings of fact & conclusions of law by defts. |
| 4/3/89 | 99 | Ntc of U.S.A. of filing unreported decisions. |
| 4/4/89 | 100 | ANSWER of defts to intervention. |
| 4/4/89 | 101 | Req for subp by USA; 1 issd. |
| 4/4/89 | 102 | Pltf's req for subp; 1 issd. |
| 4/5/89 | 103 | NON JURY TRIAL: exhibits offered & admittted, defts move for sequestration of witnesses is GRANTED, witnesses sworn & testified; post trial briefs due 1 week after ptys receive trans, reply briefs due 10 days after, court will take matter under submission. (CSjr) dktd 4/6/89. |
| 4/26/89 | 104 | Transcript of bench trial on 4/5/89 bfr Judge. |

OVER



DC 111A
Rev. 1/75

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/28/89 | 105 | ANSWER of defts in re voter participation in judicial elections. |
| 5/9/89 | 106 | Proposed findings of fact & conclusions of law of the United States. |
| 5/9/89 | 107 | Pltf's mtn to suppl record; hrg set for 5/24/89 at 10:00 a.m. bfr Judge. |
| 5/23/89 | 108 | M.E. 5/23/89: ORDERED that pltfs' mtn to suppl record to submit table as evid is taken under submission w/o oral argument & is hereby GRANTED as unopposed. (CSjr) dktd 5/23/89. |
| 9/13/89 | 109 | OPINION - Clerk is directed to enter judg in favor of defts dismissing pltf's claims. (CSjr) dltd 9/13/89. |
| 9/14/89 | 110 | JUDGMENT is ORDERED in favor of all defts & agst all pltfs & U.S.A. as intervenor, dismissing suit w/prej, pltfs to bear all costs. (CLERK - app CSJr) 9/13/89 dktd 9/14/89. |
| 9/25/89 | 111 | Pltfs' notice of appeal from final judgment entered on 9/13/89. |
| 10/18/89 | xx | Record forwarded to Court of Appeals. (dlm) |
| 11/13/89 | 112 | Notice of appeal by U.S.A. from judg entered 9/14/89. |
| 11/14/89 | xx | Doc #112 forarded to Court of Appeals. (dlm) |

ALL FURTHER ENTRIES IN COMPUTER