UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD CHISOM ET AL | CIVIL ACTION |
| VERSUS | NO. 86-4075 |
| BOBBY JINDAL, Governor, State of Louisiana, Office of the Governor ET AL | SECTION "E" |

## JUDGMENT

Considering the Court's written order and Reasons entered on September 1, 2012 (record document #222);

**IT IS ORDERED, ADJUDGED, AND DECREED** that Justice Johnson's and the Chisom Plaintiffs' motions to reopen are considered as motions to interpret the Consent Judgment and that those motions be and hereby are **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Consent Judgment entered in this case on August 21, 1992, as amended on January 3, 2000, is interpreted to provide that any tenure accrued by Justice Johnson between November 16, 1994, and October 7, 2000, is to be credited to her for all purposes under Louisiana law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the State's motion to dismiss be and hereby is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Chisom Plaintiffs' and Justice Johnson's joint motion to stay be and hereby is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Justice

Johnson's and the Chisom Plaintiffs' motions for involuntary joinder of the individual justices of the Supreme Court be and hereby are **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Justice Johnson's and the Chisom Plaintiffs' motions for contempt against the individual justices be and hereby are **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Justice Johnson's and the Chisom Plaintiffs' motions for attorneys' fees and costs are **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Justice Johnson's Motion to Substitute be and hereby is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Justice Johnson's Motion for Voluntary Dismissal be and hereby is **GRANTED** with respect to the Commissioner of Elections, as the office no longer exists, and Jerry M. Fowler in his capacity as Commissioner of Elections for the State of Louisiana is **DISMISSED** as a defendant in this action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Justice Johnson's Motion for Voluntary Dismissal be and hereby is **GRANTED,** and Tom Schedler, in his capacity as Secretary of the State of Louisiana, and the Office of the Secretary of State are **DISMISSED** as defendants in this matter.

New Orleans, Louisiana, this 5th day of September, 2012.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE