# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD CHISOM, ET AL** ) | **CIVIL ACTION NO: 86-4075** |
| ) | |
| **VERSUS** ) | **SECTION: "E"** |
| ) | **JUDGE SUSIE MORGAN** |
| **BOBBY JINDAL, ET AL** ) | |
| ) | **MAG. NO. (1)** |
| ) | **MAG. SALLY SHUSHAN** |
| ) | |
| ********************************* | ***************************** |

## NOTICE OF APPEAL

Notice is hereby given that the State of Louisiana, Office of the Governor, and Governor Bobby Jindal hereby appeal to the United States Court of Appeals for the Fifth Circuit pursuant to F.R.A.P. 3 and 4 and/or alternatively as a matter of right pursuant to 28 U.S.C. § 1292(a)(1) from the Judgment of this Court rendered and entered in the above-captioned proceeding on the 5th day of September 2012.

Respectfully submitted:

s/ *Kevin R. Tully*
**KEVIN R. TULLY – BAR #1627**
**krtully@christovich.com**
**E. PHELPS GAY - BAR #5992**
**epgay@christovich.com**
**ELIZABETH S. CORDES – BAR #1786**
**escordes@christovich.com**
**H. CARTER MARSHALL- BAR #28136**
**hcmarshall@christovich.com**
**CHRISTOVICH & KEARNEY, LLP**
2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana  70130-6078
Telephone: (504) 561-5700
Special Counsel for the State of Louisiana and the Office of the Governor

- A N D -

**ELIZABETH BAKER MURRILL**
**LOUISIANA BAR NO: 20685**
Executive Counsel
**Governor Bobby Jindal**
P. O. Box 94004
Baton Rouge, LA 70804-9004
elizabeth.murrill@la.gov
Tel (225) 342-8212
Fax (225) 342-5598

## C E R T I F I C A T E

I hereby certify that on the 7th day of September 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

          *s/Kevin R. Tully*
          **KEVIN R. TULLY**