UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD CHISOM, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 86-4075** |
| **BOBBY JINDAL, et al.,**<br>    **Defendants** | **SECTION "E" (1)** |

## ORDER DENYING ORAL ARGUMENT

A request for oral argument was made by the plaintiff-intervenor Bernette J. Johnson on her pending Motion for Attorneys' Fees and Expenses.[1]

The Court has deemed oral argument unnecessary, as submission on the pleadings is sufficient.

**New Orleans, Louisiana, this** 2nd **day of October, 2012.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 227.