# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 23 2012
LORETTA G. WHYTE
CLERK

No. 12-30912

CV 86-4075 - E

RONALD CHISOM; MARIE BOOKMAN, also known as Governor; MARC MORIAL,

    Plaintiffs - Appellees

UNITED STATES OF AMERICA; BERNETTE J. JOHNSON,

    Intervenor Plaintiffs - Appellees

v.

BOBBY JINDAL, Governor, State of Louisiana, Office of the Governor,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 18, 2012, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court of Appeals for the Fifth Circuit

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana  18 OCT 2012

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 18, 2012

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

      No. 12-30912, Ronald Chisom, et al v. Bobby Jindal  
          USDC No. 2:86-CV-4075

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: /s/ Dawn D. Victoriano  
                            Dawn D. Victoriano, Deputy Clerk  
                            504-310-7717

cc w/encl:  
    Ms. Elizabeth Skelly Cordes  
    Mr. Esmond Phelps Gay  
    Mr. Jon Marshall Greenbaum  
    Ms. Alanah O. Hebert  
    Ms. Meredith P. Horton  
    Mr. Howard Carter Marshall  
    Ms. Elizabeth Baker Murrill  
    Mr. Robert D. Popper  
    Mr. William P. Quigley  
    Ms. Jessica Dunsay Silver  
    Ms. Holly A. Thomas  
    Mr. Kevin Richard Tully  
    Mr. James McClendon Williams  
    Mr. Ronald Lawrence Wilson