# CHRISTOVICH & KEARNEY, LLP

ATTORNEYS AT LAW

SUITE 2300, PAN AMERICAN LIFE CENTER

601 POYDRAS STREET · NEW ORLEANS, LOUISIANA 70130-6078

TELEPHONE: (504) 561-5700   FAX: (504) 561-5743

WWW.CHRISTOVICH.COM

KEVIN R. TULLY
Admitted to Practice in Louisiana and Texas

October 18, 2012

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  OCT 2 3 2012

**LORETTA G. WHYTE**
**CLERK**

Ms. Alicia Phelps
Appeal Record Dept.
U.S. District Court for the
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA

By Hand Delivery

Re:   USDC/EDLA No. 86-4075 Judge Morgan
      *Chisom v. Edwards, et al*
      Our File: T 40754

Dear Ms. Phelps:

The appeal to the Fifth Circuit Court of Appeals in this matter has been dismissed. I am therefore returning to you the Court Record, which consists of two volumes of the electronic record and one volume is a transcript and eight volumes of the original record.

Thank you for your assistance in this matter.

Very truly yours,

Robin Castle, Paralegal to
Kevin R. Tully

/slf
Enclosure